

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Valence Operating Company, Appellant

No. 06-23-00090-CV      v.

Bradley Davidson and Debra Smith,
Appellees

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2019-339). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse and render judgment in favor of Valence regarding construction of the 1964 deed from the Briggs to the Colemans. We remand this matter to the trial court for further proceedings consistent with our opinion.

We further order that the appellees, Bradley Davidson and Debra Smith, pay all costs of this appeal.

RENDERED DECEMBER 20, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk